## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Thumbplay Ringtones,LLC, )<br>)<br>Defendant. )<br>)<br>)<br>) | Civil Action No. 0:13-cv-02072-PJS-JJG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Skky, Inc. and Defendant Thumbplay Ringtones, LLC have reached a settlement regarding their respective claims in this matter, and hereby stipulate and agree that all claims and counterclaims between the parties should be dismissed with prejudice, each party to bear its respective fees and costs.

Dated:    April 11, 2014

| | |
|---|---|
| **ROBINS, KAPLAN, MILLER & CIRESI, LLP** | **JONES DAY** |
| By: *s/Ryan M. Schultz* | By: *s/Timothy J. Heverin* |
| Ronald J. Schutz (0130849) | David L. Witcoff *(pro hac vice)* |
| Becky R. Thorson (0254861) | Timothy J. Heverin *(pro hac vice)* |
| Ryan Schultz (0392648) | Emily M. Wood *(pro hac vice)* |
| Benjamen Linden (0393232) | |
| 800 LaSalle Avenue, Suite 2800 | 77 West Wacker |
| Minneapolis, MN 55402 | Chicago, IL 60601.1692 |
| Phone: (612) 349-8500 | Telephone: +1.312.782.3939 |
| | Facsimile: +1.312.782.8585 |
| **PARKER ROSEN, LLC** | **FAEGRE BAKER DANIELS** |
| Daniel N. Rosen (0250909) | Theodore M. Budd (No. 314778) |
| 888 Colwell Building, 123 3rd St. N. | 2200 Wells Fargo Center |
| Minneapolis, MN 55401 | 90 S. Seventh Street |
| | Minneapolis, MN 55402.3901 |
| *Attorneys for Plaintiff Skky, Inc.* | Telephone: 612.766.7000 |
| | Facsimile: 612.766.1600 |
| | *Attorneys for Defendant Thumbplay Ringtones, LLC* |