UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SKKY, INC., | Case No. 13-CV-2072 (PJS/JJG) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| THUMBPLAY RINGTONES, LLC, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on April 11, 2014 [ECF No. 69],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: April 14, 2014          s/Patrick J. Schiltz
                               Patrick J. Schiltz
                               United States District Judge